UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONI CAIAZZO NEFF,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>PKS HOLDINGS, LLC, et al.,<br>　　　　　Defendants. | :<br>:<br>:<br>:　No. 5:18-cv-1826<br>:<br>:<br>: |

# **O R D E R**

**AND NOW**, this 18th day of September, 2018, upon consideration of Defendants' Motion to Dismiss filed on August 17, 2018, ECF No. 7, and of the Amended Complaint filed on September 14, 2018, ECF No. 10, **IT IS HEREBY ORDERED THAT** the Motion to Dismiss, ECF No. 7, is **DENIED as moot**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　United States District Court