UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONI CAIAZZO NEFF, | : |
|     Plaintiff, | : |
| | : |
|     v. | :   No. 5:18-cv-1826 |
| | : |
| PKS HOLDINGS, LLC, et al., | : |
|     Defendants. | : |

# **O R D E R**

**AND NOW**, this 8th day of August, 2019, for the reasons expressed in the Opinion issued this date, **IT IS ORDERED THAT**:

1. Defendants' motion to dismiss under Rule 12(b)(2) is **GRANTED** with respect to Defendants PKS Holdings, LLC; MHC Securities, LLC; Wentworth Management, LLC; J. Peter Purcell; David Purcell; Lisa LaFond; Peter Sheehan; Alex Markowits; and Ryan Morfin, and Plaintiffs' claims are **DISMISSED** with respect to those Defendants.

2. Defendants' motion to dismiss under Rule 12(b)(6) is **GRANTED** with respect to Defendants Purshe Kaplan Sterling Investments, Inc. and Katherine Flouton.

3. Plaintiff's Amended Complaint is **DISMISSED with prejudice**.

4. This case is **CLOSED**.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Court

080719